**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN JOSEPH,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 17-cv-05793<br><br>Honorable Ruben Castillo |

**INDEX OF EXHIBITS TO DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA MORTGAGE SECURITIES, INC.'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF CHRISTIAN JOSEPH'S COMPLAINT**

| Exhibit | Description |
|---|---|
| A | Promissory Note |
| B | Mortgage |